**\*\*E-filed 11/18/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PETE AIELLO,

        Plaintiff,

  v.

BAC HOME LOAN SERVICING, LP;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,

        Defendants.
_____/

No. C 11-03655 RS

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

    Plaintiff Pete Aiello made a motion for extension of time to respond to defendants' motions to strike irrelevant documents, dismiss plaintiff's first amended complaint, and expunge lis pendens. Aiello requests a sixty (60) day extension to file his responses to said motions. The Court hereby grants Aiello a thirty (30) day extension. Plaintiff's responses shall be submitted no later than December 16, 2011. If defendants choose to reply, they may do so no later than December 24, 2011. The December 15, 2011, motion hearing is hereby vacated. The hearing date for all three of defendants' motions is scheduled for January 19, 2012.

IT IS SO ORDERED.

Dated: 11/18/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Pete Aiello
12 Verbena Court
Oakland, CA 94561

DATED: 11/18/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg